■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ROBINSON, Appellant. [604 NYS2d 157] —Appeal by the defendant from a judgment of the County Court, Nassau County (Dunne, J.), rendered April 8, 1992, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The totality of the evidence, law and circumstances demonstrate that the defendant received meaningful representation by counsel (see, People v Eason, 160 AD2d 1018). Defense counsel succeeded in obtaining, at the Sandoval hearing, preclusion of the underlying facts of the defendant's prior conviction, made an adequate opening statement, adequately cross-examined the People's witnesses—including the undercover officer who made the drug purchase, provided an adequate defense of misidentification, and made an adequate summation. Defense counsel's waiver of any objection to the admission of a videotape by the prosecution did not render his representation of the defendant ineffective as he cannot be faulted for attempting a reasonable strategy which ultimately failed (see, People v Baldi, 54 NY2d 137).

The sentence imposed was not excessive (see, People v Delgado, 80 NY2d 780; People v Suitte, 90 AD2d 80). Bracken, J. P., Balletta, Miller and Pizzuto, JJ., concur.